UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. MJ 12-688 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) DETENTION ORDER |
| THOMAS JOHN SCHWARTZ, | ) |
| | ) |
| Defendant. | ) |
| | ) |

<u>Offense charged</u>:     Extradition proceeding

<u>Date of Detention Hearing</u>:    December 26, 2012.

The defendant was arrested pursuant to a request from the Government of Canada, in accordance with an Extradition Treaty with the United States, providing for the provisional arrest and detention of alleged fugitives pending the submission of a formal request and supporting documents. An extradition hearing has been scheduled for March 11, 2013. The defendant does not oppose detention pending that hearing.

The Court finds there do not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while

DETENTION ORDER
PAGE -1

addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending an extradition hearing and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 26th day of December, 2012.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -2